UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RUE-ELL ENTERPRISES, INC., a California Corporation; NEW MOON NATURAL FOODS, a California Corporation, and DOES 1-10,<br><br>    Defendants. | No.  CIV. S-14-493 LKK/KJN<br><br><br><br>**ORDER** |

A status conference was held in chambers on April 28, 2014. After hearing, the court orders as follows:

A further status conference is set for July 7, 2014 at 1:30 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

IT IS SO ORDERED.

DATED: April 29, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1